# Exhibit 1

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

AMAZON.COM,INC., LEEVANA INC., and DOES 1 through 250,Inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**

*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MERIEL MCGREW, RICHARD MCGREW SR., TIFFANY MCGREW, and D▮▮▮
M▮▮▮ a minor by and through his Guardian ad Litem, GINA BOESPFLUG

| FOR COURT USE ONLY |
|---|
| *(SOLO PARA USO DE LA CORTE)* |
| **ELECTRONICALLY FILED** |
| Superior Court of California |
| County of Alameda |
| 08/29/2025 |
| Chad Finke, Executive Officer / Clerk of the Court |
| By: _____ A. Gospel _____ Deputy |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site*(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association.**NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de Californiawww.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California,(www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER<br>*(Número del Caso):*<br>25CV138593 |

Alameda County Superior Court
1225 Fallon Street
Oakland, CA 94612

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Michael A. Kelly / Doris Cheng/Kelly L. Ganci 71460/197731/335658/ Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26th Floor (415) 981-7210
San Francisco, CA 94108-2615

| | | | |
|---|---|---|---|
| DATE: 08/29/2025<br>*(Fecha)* Chad Finke, Executive Officer / Clerk of the Court | Clerk, by<br>*(Secretario)* | *Andre Gospel* signature<br>A. Gospel | , Deputy<br>*(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*


[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

AMAZAON.COM, INC.

3. ☒ on behalf of *(specify):*

under: ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]     CEB Essential Forms     ceb.com     **SUMMONS**     Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

McGrew- 17073

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
08/21/2025 at 04:38:55 PM
By: Chan Huang,
Deputy Clerk

LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
DORIS CHENG ( State Bar #197731)
dcheng@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
ATTORNEYS FOR PLAINTIFFS
MERIEL MCGREW, RICHARD MCGREW SR.,
TIFFANY MCGREW, D███████ M███████, A
MINOR BY AND THROUGH HIS GUARDIAN
AD LITEM, GINA BOESPFLUG

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| MERIEL MCGREW, RICHARD MCGREW SR., TIFFANY MCGREW and D███████ M███████, a minor, by and through his Guardian ad Litem, GINA BOESPFLUG,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., LEEVANA INC., and DOES 1 through 250, inclusive,<br><br>Defendants. | Case No. 25CV138593<br><br>**COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**<br><br>1. Strict Products Liability – Manufacturing Defect<br>2. Strict Products Liability – Design Defect<br>3. Negligence – Personal Injury and Property Damage<br>4. Negligence – Post Sale<br>5. Negligent Infliction of Emotional Distress<br>6. Loss of Consortium |

///

///

///

///

///

1
COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL - CASE NO. *

Plaintiffs MERIEL MCGREW, RICHARD MCGREW SR., TIFFANY MCGREW and D███████ M███████, a minor, by and through his Guardian ad Litem, GINA BOESPFLUG, bring this Complaint and Jury Trial Demand seeking judgment against Defendants for personal injuries and damages sustained from Defendants' unreasonably dangerous product, the Melinora Electric Blanket.

## FIRST CAUSE OF ACTION

### Strict Product Liability - Manufacturing Defect
### Plaintiff Meriel McGrew against all Defendants

1.     The true names, capacities, or involvement, whether individual, corporate, governmental or associate of the defendants named herein as DOE are unknown to plaintiffs who therefore sue said defendants by such fictitious names. Plaintiffs pray leave to amend this complaint to show their true names and capacities when the same is known.

2.     Plaintiffs are informed and believe, and upon such information and belief allege, that each of the defendants designated herein as DOE is negligently, strictly or otherwise legally responsible in some manner for the events and happenings herein referred to, and negligently, strictly or otherwise legally caused injury and damages thereby to plaintiffs as is alleged herein.

3.     At all times herein mentioned, each and every of the defendants was the agent, servant, partner, joint venturer, employee and/or franchisee of each of the other defendants, and each was at all times acting within the course and scope of such agency, service, employment, joint venture, partnership and/or franchise.

4.     Plaintiffs MERIEL MCGREW and RICHARD MCGREW SR. are married and the lawful spouses of each other. Plaintiff TIFFANY MCGREW is the granddaughter of Plaintiffs MERIEL MCGREW. Plaintiff D███████ M███████, a minor, is the great-grandson of Plaintiff MERIEL MCGREW.

5.     At all times herein mentioned, Plaintiffs MERIEL MCGREW and RICHARD MCGREW SR. were the owners of the real property located at 1775

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

Catalpa Way in the City of Hayward, County of Alameda, State of California.

6.    At all times herein mentioned, Plaintiffs MERIEL MCGREW, RICHARD MCGREW SR., TIFFANY MCGREW and D███████ M███████, a minor, lived together in the home located at 1775 Catalpa Way in the City of Hayward, County of Alameda, State of California.

7.    Plaintiff D███████ M███████ is a minor with a birthdate of ███████ ██, 2008. Prior to the commencement of this action, by its Order regularly made and entered, this Court appointed the minor's grandmother, Gina Boespflug, as his guardian ad litem for purposes of bringing this action.

8.    At all relevant times herein mentioned Defendants AMAZON.COM INC., and DOES 1 through 20, and each of them were business organizations involved in the marketing, retail, sale, and distribution of household consumer products including bedding, linens, blankets, and other consumer products. In connection with said business, Defendants AMAZON.COM, INC., and DOES 1 through 20 operated distribution centers, fulfillment centers, warehouses and stores throughout the State of California in connection with their sale of consumer products to California citizens over the internet.

9.    On and prior to March 13, 2025, Defendants LEEVANA INC. and DOES 65 through 85 were in the business of designing, manufacturing, testing, marketing, selling, and distributing Melinora Electric Blankets – including a grey, full size polyester fleece Melinora Electric Blanket, with fast heating, 10 heat levels and 12-hour auto shut off that was purchased by Plaintiff MERIEL MCGREW pursuant to Amazon Order 112-4764045-3468242.

10.    In connection with their retail sales business, on or about March 13, 2025, Defendants AMAZON.COM, INC., and DOES 1 through 15, sold, marketed, delivered, distributed, and provided to Plaintiff MERIEL MCGREW a full size grey Melinora Electric Blanket pursuant to Amazon Order 112-4764045-3468242.

11.    At all relevant times herein, Defendants DOES 15 through 20, and each

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL - CASE NO. *

of them, were California individuals and businesses with their principal places of business in California and were providing services as Amazon Delivery Service Providers (DSPs), whose responsibilities included the delivery, transportation and distribution of products purchased from Defendant AMAZON.COM INC. including the Melinora Electric Blanket purchased by Plaintiff MERIEL MCGREW pursuant to Amazon Order #112-4764045-3468242 on March 13, 2025.

12.    At all relevant times herein, Defendants DOES 45 through 55, and each of them, were California domiciled entities with their principal place of business in California and involved in the marketing chain of the Melinora Electric Blanket sold to Plaintiff MERIEL MCGREW pursuant to Amazon Order #112-4764045-3468242 on March 13, 2025.

13.    On or about March 16, 2025, said Defendants AMAZON.COM, INC., and DOES 1 through 55, delivered, provided and distributed the Melinora Electric Blanket to Plaintiff MERIEL MCGREW at the address 1775 Catalpa Court, Hayward, California, pursuant to Amazon Order # 112-4764045-3468242.

14.    On the morning of April 3, 2025, Plaintiff MERIEL MCGREW was using the above-described Melinora Electric Blanket for its reasonably foreseeable, intended, and appropriate purpose as she lay in bed in her home.

15.    At said time and place, the Melinora Electric Blanket ignited and caught fire, causing severe thermal burns to Plaintiff MERIEL MCGREW. The fire progressed and spread, destroying her home and its contents.

16.    At all times herein mentioned, the above-described Melinora Electric Blanket was defective by reason of defects in its manufacture, in that the performance of the blanket differed from its design or specifications, and further differed from the intended performance of typical units of the same product line, in that it spontaneously caught fire when being used in an intended and reasonably foreseeable manner.

17.    The manufacturing defect herein described existed when the subject

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL - CASE NO. *

Melinora Electric Heated Blanket left the possession and control of defendants, and each of them.

18.    As a direct and legal cause of the defective condition of the subject Melinora Electric Blanket, Plaintiff MERIEL MCGREW was caused to suffer and sustain second and third degree burns over her body as well as physical pain, permanent disfigurement, hospitalization, disability, anxiety, emotional distress, and other injuries not yet diagnosed. Plaintiff MERIEL MCGREW is informed and believes, and thereon alleges, that certain of said injuries will be permanent in nature, the extent of said permanent injuries being at this time unknown to Plaintiff.

19.    As a direct and legal cause of the defective blanket, it became necessary for Plaintiff MERIEL MCGREW to incur expenses for medical care and treatment, including hospitalization, surgical debridement, skin grafting, intensive care, nursing and attendant care, rehabilitation costs and related costs and expenses required in the care and treatment of her injuries. Plaintiff's damages in this respect are presently unascertained as said services are still continuing and will continue into the future. Plaintiff prays leave to insert her elements of damages in this respect when the same are finally determined.

20.    As a direct and legal cause of the defective condition of the subject Melinora Electric Blanket, Plaintiff MERIEL MCGREW has suffered general (non-economic) and special (economic) damages in sums excess of the jurisdictional minimum of this Court.

21.    By reason of the premises, Defendants are strictly liable in tort to Plaintiff.

22.    Wherefore, Plaintiff MERIEL MCGREW prays judgment against the defendants, and each of them, as hereinafter set forth.

///

///

///

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

5

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL - CASE NO. *

## SECOND CAUSE OF ACTION

### Strict Products Liability – Design Defect
### Plaintiff Meriel McGrew against all Defendants

23.    Plaintiff hereby refers to, realleges and incorporates by this reference as though set forth in full each and every allegation of each and every paragraph of the first cause of action, and makes them a part of this, the second cause of action.

24.    On and prior to March 13, 2025, the Melinora Electric Blanket was defective in its design in that, among other things, it did not perform in a manner as safely as an ordinary consumer or user would expect when used or misused in an intended or reasonably foreseeable way.

25.    On and prior to March 13, 2025, the subject Melinora Electric Blanket was defective in its design because the benefits of its design were outweighed by the risks the design posed to consumers including Plaintiff Meriel McGrew when used in a foreseeable manner.

26.    As a direct and legal cause of the defective design of the subject Melinora Electric Blanket, the blanket spontaneously ignited and caught fire while Plaintiff MERIEL MCGREW was using it in a reasonably foreseeable manner, causing the injuries, damages, losses, and harms as hereinabove and hereinafter set forth.

27.    As a direct and legal cause of the defective design of the Melinora Electric Blanket, Plaintiff MERIEL MCGREW has been caused to suffer and sustain the injuries, damages, harms, and losses herein alleged.

28.    Wherefore, Plaintiff MERIEL MCGREW prays judgment against Defendants, and each of them, as hereinafter set forth.

### THIRD CAUSE OF ACTION

### Negligence
### Plaintiffs Meriel McGrew and Richard McGrew Sr. against all Defendants

29.    Plaintiffs hereby refer to, reallege and incorporate by this reference each

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL - CASE NO. *

and every allegation of each and every paragraph of the first and second causes of action, and makes them a part of this, the third cause of action.

30.    At all relevant times, Defendants and each of them, had a duty to exercise reasonable care in the manufacture, sale, distribution marketing and post-marketing surveillance of the Melinora Electric Blanket purchased by Plaintiff MERIEL MCGREW. In addition, Defendants had a duty of reasonable care to only manufacture, market, sell, and distribute consumer products that were free of defects and were reasonably fit and suitable for their intended and foreseeable uses, and which contained adequate warnings and instructions for use.

31.    At all relevant times Defendant AMAZON.COM, INC. and DOES 1 through 20 represented to the public by forward facing statements on the internet that it monitored the products sold on its website for product safety. Its representations included the statement: "We work hard to ensure every product available in our store is safe and compliant with our policies. Amazon teams and technology detect and prevent product safety risks by confirming listings meet relevant safety requirements, and we partner with leading consumer advocacy groups to implement and shape the next generation of safety standards. We have policies and processes in place to make sure the products listed meet compliance and safety measures. We continuously monitor our store for unsafe or noncompliant products. Our safety and compliance programs use machine learning models, constantly updated with new signals, to improve our detection of unsafe and defective products."

32.    At all relevant times, Defendants, and each of them, knew or should have known that the Melinora Electric Blanket was a product of such a nature that if not reasonably and prudently designed, manufactured, tested, marketed, delivered and sold, it was likely to and would cause personal injury and property damage to members of the public, including Plaintiffs MERIEL MCGREW and RICHARD MCGREW, SR.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

7

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL - CASE NO. *

33.    Prior to Plaintiff MERIEL MCGREW's injuries on April 3, 2025, Defendants collected and monitored customer evaluations, reviews and concerns regarding the risk of fire presented by the Melinora Electric Blanket. Customer concerns and reports gave the Defendants, and each of them, actual and constructive knowledge of dangers associated with the product and the potential of electrical fires originating in Melinora Electric Blankets of similar design.

34.    At all times herein mentioned, Defendants, and each of them, were careless and negligent in their design, manufacture, testing, sale, delivery, distribution, warning, and instruction of the Melinora Electric Blanket sold to Plaintiff MERIEL MCGREW.

35.    As a direct and legal cause of the negligence and carelessness of the Defendants, and each of them, Plaintiff MERIEL MCGREW was caused to suffer and sustain the injuries damages losses and harms herein alleged.

36.    By reason of the premises, and in addition to the physical and emotional injuries suffered by Plaintiff MERIEL MCGREW, Plaintiffs MERIEL MCGREW and RICHARD MCGREW SR. suffered the destruction of their familial home, its contents, personal property, trees, vegetation, and outbuilding structures. In addition, Plaintiffs suffered and will continue to suffer economic and non-economic damages representing the cost of clean-up, debris removal, reconstruction and rebuilding of their home, the cost of replacement of personal property, the cost of substitute housing while displaced, emotional distress resulting from their displacement and loss of enjoyment of the use of their home, amounts according to proof at the time of trial.

37.    Wherefore, Plaintiffs MERIEL MCGREW and RICHARD MCGREW SR. pray for judgment against the defendants, and each of them, as hereinafter set forth.

///

///

///

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

8

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL - CASE NO. *

## FOURTH CAUSE OF ACTION

**Negligence (Post Sale)**
**Plaintiffs Meriel McGrew and Richard McGrew Sr. against all Defendants**

38.    Plaintiffs hereby refer to, reallege and incorporate by this reference each and every allegation of each and every paragraph of the first, second, and third causes of action and makes them a part of this, the fourth cause of action.

39.    Subsequent to the sale of this product to Plaintiff MERIEL MCGREW and continuing until April 3, 2025, Defendants and each of them knew and had reason to know that the subject Melinora Electric Blanket was dangerous, presented a risk of fire, injury and property destruction to users and consumers who purchased the product. At all such times, Defendants, and each of them, had a legal obligation to provide warnings to the public, purchasers, as well as Plaintiff MERIEL MCGREW, of its defective and dangerous condition.

40.    A reasonable seller, distributor, and manufacturer in the position of Defendants, and each of them, would have issued a recall and/or provided warning to the public, purchasers, users, and consumers of the Melinora Electric Blanket of the product's defects, dangers, and propensity to ignite and cause fires in light of the risk of harm known to Defendants at the time of injury to Plaintiff.

41.    Defendants, and each of them, had a continuing duty to provide a warning to the public, purchasers, users, and consumers including Plaintiff, of the dangers of the Melinora Electric Blanket after the time of sale of the product. Defendants' failure to fulfill their continuing duty after the sale of the Melinora Electric Blanket was a legal cause of Plaintiff's injuries, damages, losses, and harms as alleged herein.

42.    By reason of Defendants' failure to issue a recall and/or provide adequate warning or instruction to the public, purchasers, users, and consumers of the Melinora Electric Blanket on or after March 13, 2025, Plaintiffs were caused to suffer and sustain the injuries, damages, losses, and harms as previously set forth

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

9

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL - CASE NO. *

herein.

Wherefore, Plaintiffs MERIEL MCGREW and RICHARD MCGREW SR. pray judgment against the defendants, and each of them, as herein set forth.

## FIFTH CAUSE OF ACTION

### Negligent Infliction of Emotional Distress
### Plaintiffs Tiffany McGrew and D███████ M██████ against all Defendants

43.    Plaintiffs hereby refer to, reallege and incorporate by this reference each and every allegation of each and every paragraph of the first, second, third and fourth causes of action, and make them a part of this, the fifth cause of action.

44.    At all times herein mentioned, Plaintiffs TIFFANY MCGREW and D███████ M██████ were and are close familial relatives of Plaintiff MERIEL MCGREW and were living as family members with Plaintiff MERIEL MCGREW at the time of her injuries on April 3, 2025. Plaintiff TIFFANY MCGREW is the granddaughter of Plaintiff MERIEL MCGREW and Plaintiff D███████ M██████ is the great grandson of Plaintiff MERIEL MCGREW.

45.    Plaintiffs TIFFANY MCGREW and D███████ M██████ were present at the time that Plaintiff MERIEL MCGREW was being burned and they assisted in her rescue. Plaintiffs TIFFANY MCGREW and D███████ M██████ were at all times aware that the fire was causing injury to Plaintiff MERIEL MCGREW at the time they observed the same.

46.    By reason of the premises and as a direct and legal result of the culpable conduct of the Defendants as herein alleged, Plaintiffs TIFFANY MCGREW and D███████ M██████ suffered serious emotional distress including fear, horror, nervousness, anxiety, worry, and shock.

47.    By reason of the premises, Plaintiffs TIFFANY MCGREW and D███████ M██████ have suffered and continue to suffer non-economic damages in sums in excess of the minimum jurisdictional limits of this court.

48.    Wherefore, Plaintiffs TIFFANY MCGREW and D███████ M██████

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

10

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL - CASE NO. *

pray judgment against the defendants, and each of them, as herein set forth.

## SIXTH CAUSE OF ACTION

### Loss of Consortium
### Richard McGrew Sr. against all Defendants

49.    Plaintiffs hereby refer to, reallege and incorporate by this reference each and every allegation of each and every paragraph of the first, second, third, fourth, and fifth causes of action, and make them a part of this, the sixth cause of action.

50.    At all times herein mentioned, Plaintiff RICHARD MCGREW SR., was the lawful husband of Plaintiff MERIEL MCGREW.

51.    As a direct and legal result of the culpable conduct, fault and liability of the Defendants, and each of them, and of the injuries sustained by his spouse MERIEL MCGREW, Plaintiff RICHARD MCGREW SR. has been deprived of the physical and emotional support, care, comfort, society, love and companionship of his spouse. This deprivation includes spousal services and all other forms of compensable consortium damages in an amount in excess of the jurisdictional minimum of this Court.

52.    Wherefore, Plaintiffs pray judgments against the defendants, and each of them as follows:

**Plaintiff Meriel McGrew:**

a.    For general (non- economic) damages for personal injury that may be proved;

b.    For special (economic) damages for personal injury that may be proved;

c.    For loss of real property, loss of personal property, loss of use, cost of restoration, diminution in value and cost of substitute housing;

d.    For costs of suit;

e.    For pre-judgment interest as permitted by law, and;

f.    For such other and further relief as this Court may deem proper

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

11

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL - CASE NO. *

**Plaintiff Richard McGrew Sr.**

    a.    For loss of consortium damages that may be proved;

    b.    For loss of real property, loss of personal property, loss of use, cost of restoration, diminution in value and cost of substitute housing;

    c.    For costs of suit;

    d.    For pre-judgment interest as permitted by law, and;

    e.    For such other and further relief as this Court may deem proper

**Plaintiffs Tiffany McGrew and D███ M█████:**

    a.    For general (non-economic) damages according to proof as alleged in the fifth cause of action;

    b.    For costs of suit;

    c.    For pre-judgment interest as permitted by law, and;

    d.    For such other and further relief as this Court may deem proper

Dated: August 21, 2025        WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____
MICHAEL A. KELLY
DORIS CHENG
KELLY L. GANCI
Attorneys for Plaintiffs
MERIEL MCGREW, RICHARD MCGREW
SR., TIFFANY MCGREW, and D█████
M█████, a minor, by and through his
Guardian ad Litem Gina Boespflug

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

12

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL - CASE NO. *

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial.

Dated: August 21, 2025            WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____
MICHAEL A. KELLY
DORIS CHENG
KELLY L. GANCI
Attorneys for Plaintiffs
MERIEL MCGREW, RICHARD MCGREW
SR., TIFFANY MCGREW, RICHARD
MCGREW JR., and D███████ M███████, by
and through his Guardian ad Litem Gina
Boespflug

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL - CASE NO. *

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Michael A. Kelly / Doris Cheng/ Kelly L. Ganci 71460/ 335658 Walkup, Melodia, Kelly & Schoenberger 650 California Street, 26th Floor San Francisco, CA 94108-2615 TELEPHONE NO.: (415) 981-7210    FAX NO.: (415) 391-6965 EMAIL ADDRESS: mkelly@walkuplawoffice.com ATTORNEY FOR *(Name):* Plaintiffs | **ELECTRONICALLY FILED** Superior Court of California, County of Alameda 08/21/2025 at 04:38:55 PM By: Chan Huang, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda County
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Oakland - René C. Davidson Courthouse

CASE NAME: McGrew, et al. v. Amazon.Com, Inc., et al.

| **CIVIL CASE COVER SHEET** [X] Unlimited ☐ Limited (Amount (Amount demanded demanded is exceeds $35,000) $35,000 or less) | Complex Case Designation ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CASE NUMBER: 25CV138593 |
|---|---|---|
| | | JUDGE: |
| | | DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
[X] Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [X] monetary b. ☐ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify):* SIX (6)
5. This case ☐ is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: August 21, 2025

Doris Cheng, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

[CEB] Essential
ceb.com | [Forms]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

McGrew- 17073

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late Claim
  Other Civil Petition

CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Page 2 of 2

CEB Essential
ceb.com Forms

McGrew- 17073

F. ADDENDUM TO CIVIL CASE COVER SHEET

*Unified Rules of the Superior Court of California, County of Alameda*

| Short Title: | Case Number: |
|---|---|
| McGrew, et. al. v. Amazon.com, Inc. | |

## CIVIL CASE COVER SHEET ADDENDUM

### THIS FORM IS REQUIRED IN ALL NEW UNLIMITED CIVIL CASE FILINGS IN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

[X] Oakland, Rene C. Davidson Alameda County Courthouse (446)

[ ] Hayward Hall of Justice (447)

[ ] Pleasanton, Gale-Schenone Hall of Justice (448)

| Civil Case Cover Sheet Category | Civil Case Cover Sheet Case Type | Alameda County Case Type (check only one) | | |
|---|---|---|---|---|
| Auto Tort | Auto tort (22) | [ ] | 34 | Auto tort (G) |
| | | **Is this an uninsured motorist case? [ ] yes [ ] no** | | |
| Other PI /PD / WD Tort | Asbestos (04) | [ ] | 75 | Asbestos (D) |
| | Product liability (24) | [X] | 89 | Product liability (not asbestos or toxic tort/environmental) (G) |
| | Medical malpractice (45) | [ ] | 97 | Medical malpractice (G) |
| | Other PI/PD/WD tort (23) | [ ] | 33 | Other PI/PD/WD tort (G) |
| Non - PI /PD / WD Tort | Bus tort / unfair bus. practice (07) | [ ] | 79 | Bus tort / unfair bus. practice (G) |
| | Civil rights (08) | [ ] | 80 | Civil rights (G) |
| | Defamation (13) | [ ] | 84 | Defamation (G) |
| | Fraud (16) | [ ] | 24 | Fraud (G) |
| | Intellectual property (19) | [ ] | 87 | Intellectual property (G) |
| | Professional negligence (25) | [ ] | 59 | Professional negligence - non-medical (G) |
| | Other non-PI/PD/WD tort (35) | [ ] | 03 | Other non-PI/PD/WD tort (G) |
| Employment | Wrongful termination (36) | [ ] | 38 | Wrongful termination (G) |
| | Other employment (15) | [ ] | 85 | Other employment (G) |
| | | [ ] | 53 | Labor comm award confirmation |
| | | [ ] | 54 | Notice of appeal - L.C.A. |
| Contract | Breach contract / Wrnty (06) | [ ] | 04 | Breach contract / Wrnty (G) |
| | Collections (09) | [ ] | 81 | Collections (G) |
| | Insurance coverage (18) | [ ] | 86 | Ins. coverage - non-complex (G) |
| | Other contract (37) | [ ] | 98 | Other contract (G) |
| Real Property | Eminent domain / Inv Cdm (14) | [ ] | 18 | Eminent domain / Inv Cdm (G) |
| | Wrongful eviction (33) | [ ] | 17 | Wrongful eviction (G) |
| | Other real property (26) | [ ] | 36 | Other real property (G) |
| Unlawful Detainer | Commercial (31) | [ ] | 94 | Unlawful Detainer - commercial **Is the deft. in possession** |
| | Residential (32) | [ ] | 47 | Unlawful Detainer - residential **of the property?** |
| | Drugs (38) | [ ] | 21 | Unlawful detainer - drugs **[ ] Yes [ ] No** |
| Judicial Review | Asset forfeiture (05) | [ ] | 41 | Asset forfeiture |
| | Petition re: arbitration award (11) | [ ] | 62 | Pet. re: arbitration award |
| | Writ of Mandate (02) | [ ] | 49 | Writ of mandate |
| | | **Is this a CEQA action (Publ.Res.Code section 21000 et seq) [ ] Yes [ ] No** | | |
| | Other judicial review (39) | [ ] | 64 | Other judicial review |
| Provisionally Complex | Antitrust / Trade regulation (03) | [ ] | 77 | Antitrust / Trade regulation |
| | Construction defect (10) | [ ] | 82 | Construction defect |
| | Claims involving mass tort (40) | [ ] | 78 | Claims involving mass tort |
| | Securities litigation (28) | [ ] | 91 | Securities litigation |
| | Toxic tort / Environmental (30) | [ ] | 93 | Toxic tort / Environmental |
| | Ins covrg from cmplx case type (41) | [ ] | 95 | Ins covrg from complex case type |
| Enforcement of Judgment | Enforcement of judgment (20) | [ ] | 19 | Enforcement of judgment |
| | | [ ] | 08 | Confession of judgment |
| Misc Complaint | RICO (27) | [ ] | 90 | RICO (G) |
| | Partnership / Corp. governance (21) | [ ] | 88 | Partnership / Corp. governance (G) |
| | Other complaint (42) | [ ] | 68 | All other complaints (G) |
| Misc. Civil Petition | Other petition (43) | [ ] | 06 | Change of name |
| | | [ ] | 69 | Other petition |

202-19 (5/1/00)    A-13



# Superior Court of California, County of Alameda
## Alternative Dispute Resolution (ADR) Information Packet

The person who files a civil lawsuit (plaintiff) must include the ADR Information Packet with the complaint when serving the defendant. Cross complainants must serve the ADR Information Packet on any new parties named to the action.

---

The Court *strongly encourages* the parties to use some form of ADR before proceeding to trial. You may choose ADR by:

- Indicating your preference on Case Management Form CM-110. If applicable, when you file your CM-110 file one of the following:
    - o Parties seeking early ADR may request a delay of the Initial Case Management Conference (CMC) by filing form ALA ADR-001, Stipulation to Attend Alternative Dispute Resolution (ADR) and Delay the Initial CMC for 90 days.
    - o Parties seeking referral to the Civil and Probate Mediation Panel (CMP) should file with the clerk a Request for Referral to CMP and Proposed Order.

- Agreeing to ADR at your Initial Case Management Conference.

**QUESTIONS?** Call (510) 891-6055. Email: adrprogram@alameda.courts.ca.gov
Or visit the court's website at www.alameda.courts.ca.gov/general-information/adr

---

### What Are the Advantages of Using ADR?

- *Faster* – Litigation can take years to complete but ADR usually takes weeks or months.
- *Cheaper* – Parties can save on attorneys' fees and litigation costs.
- *More control and flexibility* – Parties choose the ADR process appropriate for their case.
- *Cooperative and less stressful* – In mediation, parties cooperate to find a mutually agreeable resolution.
- *Preserve Relationships* – A mediator can help you effectively communicate your interests and point of view to the other side. This is an important benefit when you want to preserve a relationship.

### What Is the Disadvantage of Using ADR?

- *You may go to court anyway* – If you cannot resolve your dispute using ADR, you may still have to spend time and money resolving your lawsuit through the courts.

### What ADR Options Are Available?

- *Mediation* – A neutral person (mediator) helps the parties communicate, clarify facts, identify legal issues, explore settlement options, and agree on a solution that is acceptable to all sides.

ADR Info Sheet Rev. 12/16/24                                                                 *Page 1 of 2*

- o  **Court Mediation Program**: Mediators do not charge fees for the first two hours of mediation. If parties need more time, they must pay the mediator's regular fees.

  Some mediators ask for a deposit before mediation starts which is subject to a refund for unused time.

- o  **Private Mediation**: This is mediation where the parties pay the mediator's regular fees and may choose a mediator outside the court's panel.

- *Arbitration* – A neutral person (arbitrator) hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial and the rules of evidence are often relaxed. Arbitration is effective when the parties want someone other than themselves to decide the outcome.

  - o  **Judicial Arbitration Program** (non-binding): The judge can refer a case, or the parties can agree to use judicial arbitration. The parties select an arbitrator from a list provided by the court. If the parties cannot agree on an arbitrator, one will be assigned by the court. There is no fee for the arbitrator. The arbitrator must send the decision (award of the arbitrator) to the court. The parties have the right to reject the award and proceed to trial.

  - o  **Private Arbitration** (binding and non-binding) occurs when parties involved in a dispute either agree or are contractually obligated. This option takes place outside of the courts and is normally binding meaning the arbitrator's decision is final.

### Mediation Service Programs in Alameda County

Low-cost mediation services are available through non-profit community organizations. Trained volunteer mediators provide these services. Contact the following organizations for more information:

**Center for Community Dispute Settlement**
291 McLeod Street, Livermore, CA 94550
Telephones: (925) 337-7175 | (925) 337-2915 (Spanish)
Website: www.trivalleymediation.com
CCDS provides services in the Tri-Valley area for all of Alameda County.

**The Congress of Neutrals**
3478 Buskirk Avenue, Suite 1000, Pleasant Hill, CA 94523 .
Telephone: (925) 937-3008  Website: www.congressofneutrals.org
Their mission is to serve the community, promote harmony and help resolve conflict,
one conversation at a time.

Note: For a list of additional mediation service providers, please contact the ADR Office.

**ALA ADR-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar number, and address*) | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO.:                    FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: | |

**SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY**

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS** | CASE NUMBER: |
|---|---|

---

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

This stipulation is effective when:

- All parties have signed and filed this stipulation with the Case Management Conference Statement at least 15 days before the initial case management conference.
- A copy of this stipulation has been received by the ADR Program Administrator, 24405 Amador Street, Hayward, CA 94544, or Fax to (510) 267-5727.

1. Date complaint filed: _____. An **Initial Case Management Conference** is scheduled for:

   Date:                    Time:                    Department:

2. Counsel and all parties certify they have met and conferred and have selected the following ADR process (*check one*):

   ☐ Court mediation        ☐ Judicial arbitration
   ☐ Private mediation      ☐ Private arbitration

3. All parties agree to complete ADR within 90 days and certify that:

   a. No party to the case has requested a complex civil litigation determination hearing;
   b. All parties have been served and intend to submit to the jurisdiction of the court;
   c. All parties have agreed to a specific plan for sufficient discovery to make the ADR process meaningful;
   d. Copies of this stipulation and self-addressed stamped envelopes are provided for returning endorsed filed stamped copies to counsel and all parties;
   e. Case management statements are submitted with this stipulation;
   f. All parties will attend ADR conferences; and,
   g. The court will not allow more than 90 days to complete ADR.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____          ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF PLAINTIFF)

Date:

_____          ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF ATTORNEY FOR PLAINTIFF)

Page 1 of 2

ALA ADR-001

| PLAINTIFF/PETITIONER: | CASE NUMBER.: |
|---|---|
| DEFENDANT/RESPONDENT: | |

Date:

_____        ▶ _____
(TYPE OR PRINT NAME)                         (SIGNATURE OF DEFENDANT)

Date:

_____        ▶ _____
(TYPE OR PRINT NAME)                         (SIGNATURE OF ATTORNEY FOR DEFENDANT)

Page 2 of 2

Form Approved for Mandatory Use
Superior Court of California,
County of Alameda
ALA ADR-001 [New January 1, 2010]

**STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS**

Cal. Rules of Court,
rule 3.221(a)(4)

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
DORIS CHENG (State Bar #197731)
dcheng@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
ATTORNEYS FOR PLAINTIFFS
MERIEL MCGREW, RICHARD MCGREW SR.,
TIFFANY MCGREW AND D███████
MC█████, A MINOR, BY AND THROUGH HIS
GUARDIAN AD LITEM, GINA BOESPFLUG

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| MERIEL MCGREW, RICHARD MCGREW SR., TIFFANY MCGREW and D█████ M██████, a minor, by and through his Guardian ad Litem, GINA BOESPFLUG,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., LEEVANA INC., and DOES 1 through 250, inclusive,<br><br>Defendant. | Case No. 25CV138593<br><br>**ASSIGNED FOR ALL PURPOSES TO:**<br>**JUDGE KARIN SCHWARTZ**<br>**DEPARTMENT 20**<br><br>**PLAINTIFF'S NOTICE OF POSTING JURY FEES**<br><br>Action Filed:    August 21, 2025<br>Trial Date:    To Be Assigned |

Electronically Received 08/27/2025 04:13 PM

1

PLAINTIFF'S NOTICE OF POSTING JURY FEES - CASE NO. 25CV138593

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff has posted jury fees in the amount of $150.00 for the above-referenced matter.

Dated: August 27, 2025          WALKUP, MELODIA, KELLY & SCHOENBERGER


By: _____
MICHAEL A. KELLY
DORIS CHENG
KELLY L. GANCI
Attorneys for PLAINTIFFS
MERIEL MCGREW, RICHARD MCGREW
SR., TIFFANY MCGREW AND D█
M███████, A MINOR, BY AND THROUGH
HIS GUARDIAN AD LITEM, GINA
BOESPFLUG

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

PLAINTIFF'S NOTICE OF POSTING JURY FEES - CASE NO. 25CV138593

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**
**Branch Name:** Rene C. Davidson Alameda County Courthouse
**Mailing Address:** 1225 Fallon Street
**City, State and Zip Code:** Oakland CA 94612

| SHORT TITLE: MCGREW, et al. vs AMAZON.COM, INC., et al. | CASE NUMBER:<br>25CV138593 |
|---|---|
| NOTICE OF CONFIRMATION OF ELECTRONIC FILING | |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of ALAMEDA. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

Electronically Submitted By:  Tristar Software ALA
Reference Number: JTI792249
Submission Number: 25AA00214712
Court Received Date: 08/27/2025
Court Received Time: 4:13 pm
Case Number: 25CV138593
Case Title: MCGREW, et al. vs AMAZON.COM, INC., et al.
Location: Rene C. Davidson Alameda County Courthouse
Case Type: Civil Unlimited
Case Category: Product Liability (not asbestos or toxic/environmental)
Jurisdictional Amount: Over $35,000
Notice Generated Date: 08/28/2025
Notice Generated Time: 10:56 am

| **Documents Electronically Filed/Received** | **Status** |
|---|---|
| Notice of Posting of Jury Fees | Accepted |

**Comments**
Submitter's Comments:

Clerk's Comments:

**Electronic Filing Service Provider Information**
Service Provider: Tristar Software ALA
Contact: Tristar Software, LLC
Phone:

---

**NOTICE OF CONFIRMATION OF FILING**

Superior Court of California
County of Alameda

**Receipt**    EFM-2025-0841662.1

**Date:**    8/28/25 10:56 AM
**Time:**    8/28/25 10:56 AM

CASE # 25CV138593

MCGREW, et al. vs AMAZON.COM, INC., et al.

| | |
|---|---|
| eCourt Transaction Fee (eFiling) | 5.00 |
| Civil - Advance jury fee | 150.00 |
| Case Total: | 155.00 |

**Total Paid:**    155.00

25AA00214712

CIV-010/FL-935

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY**     STATE BAR NUMBER: ·<br>NAME: Michael A. Kelly / Doris Cheng/ Kelly L. Ganci (71460/197731 335658)<br>FIRM NAME: Walkup, Melodia, Kelly & Schoenberger STREET ADDRESS:<br>650 California Street, 26th Floor<br>CITY: San Francisco     STATE: CA  ZIP CODE: 94108-2615<br>TELEPHONE NO.: (415) 981-7210     FAX NO.: (415) 391-6965<br>EMAIL ADDRESS: mkelly@walkuplawoffice.com<br>ATTORNEY FOR (name): Plaintiffs | **FOR COURT USE ONLY**<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Alameda<br>08/21/2025<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: _____Chan Huang_____ Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda County
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

PLAINTIFF/PETITIONER: Meriel Ameila McGrew, et al.
DEFENDANT/RESPONDENT: Amazon, et al.
OTHER PARENT/PARTY:

| APPLICATION FOR APPOINTMENT OF<br>GUARDIAN AD LITEM—CIVIL AND FAMILY LAW<br>[X] EX PARTE | CASE NUMBER:<br>25CV138593 |
|---|---|

This form is for use in a civil or family law proceeding in which a party is a minor, a person who lacks legal capacity to make decisions, or a person for whom a conservator has been appointed. A person who seeks the appointment of a guardian ad litem in a proceeding under the Probate Code—other than a proceeding under Probate Code sections 3500–3613 for approval of a compromise, settlement, or disposition of judgment proceeds—should use form DE-350/GC-100. **NOTE:** A person may not act as a guardian ad litem unless the person is represented by an attorney, is an attorney, or, in an action under the Uniform Parentage Act (Family Code, §§ 7600–7730), is an adult relative of a minor party.

1. I (applicant name): Do████ M████
   am (check all that apply):
   a. [ ] the parent of (name):
   b. [ ] the guardian of (name):
   c. [ ] the conservator of (name):
   d. [ ] a party to the suit.
   e. [X] the minor to be represented (if the minor is 14 years of age or older).
   f. [ ] another interested person (specify capacity):

   I am asking the court to appoint the following person as guardian ad litem (name, address, phone number, and email address):
   Gina Boespflug
   2601 N. Douty St.
   Hanford, CA 93230                (559)410-2991, ginab999@yahoo.com

   The guardian ad litem will represent the interest of (name, address, and, if applicable, phone number and email address):
   D████ M████

   The person named in item 3 is a party and is (check all that apply):
   a. [X] a minor (date of birth): ████/2008
   b. [ ] a person who lacks legal capacity to make decisions (explain the basis for claiming lack of capacity):

   [ ] Continued on Attachment 4b.
   c. [ ] a person for whom a conservator has been appointed (provide the details of the appointment):

   [ ] Continued on Attachment 4c.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-010/FL-935 [Rev. January 1, 2024] | **APPLICATION FOR APPOINTMENT OF**<br>**GUARDIAN AD LITEM—CIVIL AND FAMILY LAW** | Code of Civil Procedure, § 372 et seq.;<br>Family Code, §§ 6229, 7635<br>www.courts.ca.gov |

| | CIV-010/FL-935 |
|---|---|
| PLAINTIFF/PETITIONER: Meriel Ameila McGrew, et al. <br> DEFENDANT/RESPONDENT: Amazon, et al. <br> OTHER PARENT/PARTY: | CASE NUMBER: |

5. [X] The person named in item 3 is a minor and is *(check one)*:
   a. [X] a plaintiff or petitioner in this action and the summons has not been issued.
   b. [ ] a defendant or respondent in this action. More than 10 days have passed since service of the summons, and no one has
      applied for the appointment of a guardian ad litem.

6. I am asking the court to appoint a guardian ad litem because the person named in item 3 *(check all that apply)*:
   a. [ ] is a minor who is a party to an action under the Uniform Parentage Act (Family Code, §§ 7600–7730).
   b. [ ] is a minor who is requesting or opposing a request for an injunction or restraining order described in Code of Civil
      Procedure sections 372(b)(1) and 374(a). *(If the minor is 12 years of age or older, check one of the following)*:
      The minor [ ] does [ ] does not object to the appointment of the person named in item 2.
      [ ] I don't know whether the minor objects to the appointment of the person named in item 2.
   c. [X] has no guardian or conservator of the estate.
   d. [ ] has a guardian or conservator of the estate, but the guardian or conservator is inadequate to represent the person's
      interest in this action or proceeding because *(explain)*:

      [ ] Continued on Attachment 6d.
      The guardian or conservator of the estate is *(name, address, telephone number, and email address)*:

      *(After filing this application, you must give notice and a copy of the application to the guardian or conservator above.)*
7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person named in item 3.

Kelly L. Ganci
    (TYPE OR PRINT NAME)              ▶        (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 07/31/2025

D██████ M█████
    (TYPE OR PRINT NAME)              ▶        (SIGNATURE OF APPLICANT)

## DISCLOSURES AND CONSENT TO ACT AS GUARDIAN AD LITEM

8. I have the following relationship with the person named in item 3 *(check one)*:
   a. [ ] No relationship
   b. [X] A familial relationship *(specify)*: Grandmother
   c. [ ] An affiliate (nonfamilial) relationship *(specify)*:

9. I am *(check one)*:
   a. [X] not aware of any actual or potential conflicts of interest that would or might arise from the appointment.
   b. [ ] aware of the following actual or potential conflicts that would or might arise from the appointment *(describe the actual or
      potential conflicts of interest and explain why the proposed guardian should still be appointed)*:

      [ ] Continued on Attachment 9b.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I consent to act as
guardian ad litem in this action or proceeding. If I become aware that a potential conflict of interest has become an actual conflict, or
that a new potential or actual conflict exists, I will promptly disclose the conflict of interest to the court.

Date: 07/31/2025

Gina Boespflug
    (TYPE OR PRINT NAME)              ▶        (SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

CIV-010/FL-935 [Rev. January 1, 2024]        **APPLICATION FOR APPOINTMENT OF**        Page 2 of 2
             **GUARDIAN AD LITEM—CIVIL AND FAMILY LAW**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br><br>Administration Building, 1221 Oak Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>08/21/2025<br>Clad Flake, Executive Officer / Clerk of the Court<br>By: _C. Huang_ Deputy<br>C. Huang |
| PLAINTIFF(S):<br>MERIEL MCGREW et al | |
| DEFENDANT(S):<br>AMAZON.COM, INC. et al | |
| **NOTICE OF CASE ASSIGNMENT** | CASE NUMBER:<br>25CV138593 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:

ASSIGNED JUDGE: Karin Schwartz
DEPARTMENT: 20
LOCATION: Rene C. Davidson Courthouse
Administration Building, 1221 Oak Street, Oakland, CA 94612
PHONE NUMBER: (510) 267-6936
FAX NUMBER:
EMAIL ADDRESS: Dept20@alameda.courts.ca.gov

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: In this case, any challenge pursuant to Code of Civil Procedures section 170.6 must be exercised within the time period by law. (See Code of Civ. Proc. §§ 170.6, subd. (a.)(2) and 1013)

NOTICE OF NONAVAILABILITY OF COURT REPORTERS: Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording. Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

GENERAL PROCEDURES

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the Rene C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544 and through Civil e-filing. Information regarding Civil e-filing can be found on the courts website. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

**NOTICE OF CASE ASSIGNMENT**

**ASSIGNED FOR ALL PURPOSES TO**
JUDGE Karin Schwartz
DEPARTMENT 20

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1) and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processed (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days." The court's website contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

COURT RESERVATIONS

The use of the Court Reservation System (CRS) is now mandated in many civil courtrooms within the Alameda County Superior Court. Instead of calling or emailing the courtroom to make a reservation, parties with a case assigned to a courtroom using CRS are directed to utilize CRS to make and manage their own reservations, within parameters set by the courtrooms. CRS is available 24 hours a day, seven days a week and reservations can be made from a computer or smart phone. Please note, you are prohibited from reserving more than one hearing date for the same motion.

Prior to scheduling any motion on CRS, including any Applications for Orders for Appearance and Examination, or continuing any motion, please review the online information (if any) for the courtroom in which you are reserving. There may be specific and important conditions associated with certain motions and proceedings. Information is available on the court's eCourt Public Portal at www.eportal.alameda.courts.ca.gov.

Chad Finke, Executive Officer / Clerk of the Court

By _C. Huang, Deputy Clerk_

**NOTICE OF CASE ASSIGNMENT**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>Administration Building, 1221 Oak Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>08/21/2025<br>Clad Fluke, Execitive Officer / Clerk of the Court<br>By: _C. Huang_ Deputy<br>C. Huang |
| PLAINTIFF:<br>MERIEL MCGREW et al | |
| DEFENDANT:<br>AMAZON.COM, INC. et al | |
| **NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>25CV138593 |

TO THE PLAINTIFF(S)/ATTORNY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)).

Give notice of this conference to all other parties and file proof of service.

Your Case Management Conference has been scheduled on:

> Date: 01/27/2026        Time: 3:00 PM        Dept.: 20
>
> Location: Rene C. Davidson Courthouse
>              Administration Building, 1221 Oak Street, Oakland, CA 94612

TO DEFENDANT(S)/ATTORNEY(S) FOR DEFENDANT(S) OF RECORD:

The setting of the Case Management Conference does not exempt the defendant from filing a responsive pleading as required by law, you must respond as stated on the summons.

TO ALL PARTIES who have appeared before the date of the conference must:

Pursuant to California Rules of Court, 3.725, a completed Case Management Statement (Judicial Council form CM-110) must be filed and served at least 15 calendar days before the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record.

**Meet and confer**, in person or by telephone as required by Cal. Rules of Court, rule 3.724.

**Post jury fees** as required by Code of Civil Procedure section 631.

If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30. Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

The judge may place a Tentative Case Management Order in your case's on-line register of actions before the conference. This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration. Check the court's eCourt Public Portal for each assigned department's procedures regarding tentative case management orders at https://eportal.alameda.courts.ca.gov.

Expedited Jury Trials

> If the parties agree, they may try the case in an Expedited Jury Trial. Code of Civ. Proc. § 630.01 et seq. In short, the parties would agree to the following:  8 jurors (6 must agree); 3 peremptory challenges per side; 5-hour time limit per side, unless otherwise agreed and approved; one to two court days for completion, unless otherwise agreed and approved; high/low arrangement option; and limited right to appeal. For additional information, please see the following links:
>
> - EJT-010-INFO* Expedited Jury Trial Information Sheet (ca.gov)
> - EJT-008 Agreement of Parties (Mandatory Expedited Jury Trial Procedures) (ca.gov)
> - EJT-020 [Proposed] Consent Order for Voluntary Expedited Jury Trial (ca.gov)

Form Approved for Mandatory Use
Superior Court of California,
County of Alameda
ALA CIV-100 [Rev. 10/2021]

**NOTICE OF
CASE MANAGEMENT CONFERENCE**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>08/21/2025<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: _C. Huang_ Deputy<br>C. Huang |
| PLAINTIFF/PETITIONER:<br>MERIEL MCGREW et al | |
| DEFENDANT/RESPONDENT:<br>AMAZON.COM, INC. et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>25CV138593 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the attached document upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Michael A Kelly
WALKUP MELODIA KELLY &amp; SCHOENBERGER
650 California Street
San Francisco, CA 94108

Chad Finke, Executive Officer / Clerk of the Court

Dated: 08/25/2025                    By:

C. Huang, Deputy Clerk

**CERTIFICATE OF MAILING**

CIV-011/FL-936

| ATTORNEY OR PARTY WITHOUT ATTORNEY          STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|
| NAME: Michael A. Kelly / Doris Cheng/  Kelly L. Ganci 71460/197731/ 335658 | |

FIRM NAME: Walkup, Melodia, Kelly & Schoenberger
STREET ADDRESS: 650 California Street, 26th Floor
CITY: San Francisco          STATE: CA  ZIP CODE: 94108-2615
TELEPHONE NO.: (415) 981-7210     FAX NO.: (415) 391-6965
EMAIL ADDRESS: mkelly@walkuplawoffice.com
ATTORNEY FOR (name): Plaintiffs

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda County
STREET ADDRESS:  1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

PLAINTIFF/PETITIONER: Meriel Ameila McGrew, et al.
DEFENDANT/RESPONDENT: Amazon, et al.
OTHER PARENT/PARTY:

| ORDER APPOINTING GUARDIAN AD LITEM—CIVIL AND FAMILY LAW  ☐ EX PARTE | CASE NUMBER: 25CV138593 |
|---|---|

1. Applicant (name): Gina Boespflug
   seeks appointment of a guardian ad litem of (name): D████ M████

2. ☐ The application came on regularly for a hearing as follows:
   a. Judicial officer (name):
   b. Hearing date:              Time:              ☐ Dept.:              ☐ Room:
   c. The following persons were present at the hearing:
      (1) ☐ Applicant (name):
      (2) ☐ Attorney for applicant (name):
      (3) ☐ Guardian ad litem named in item 6.
      (4) ☐ Attorney for guardian ad litem (name):
      (5) ☐ Plaintiff/Petitioner (name):
      (6) ☐ Attorney for Plaintiff/Petitioner (name):
      (7) ☐ Defendant/Respondent (name):
      (8) ☐ Attorney for Defendant/Respondent (name):
      (9) ☐ Other (names):

**THE COURT FINDS**

3. ☐ All notices required by law have been given.

4. The person for whom a guardian ad litem is to be appointed is a party who is
   a. ☒ a minor (date of birth): ████/2008
   b. ☐ a person who lacks legal capacity to make decisions.
   c. ☐ a person for whom a conservator has been appointed.

5. ☒ The person for whom a guardian ad litem is to be appointed
   a. ☐ is a minor who is a party to an action under the Uniform Parentage Act. (Family Code, §§ 7600–7730.)
   b. ☐ is a minor who is requesting or opposing a request for an injunction or restraining order described in Code of Civil Procedure sections 372(b) and 374(a).
   c. ☒ does not have a guardian or conservator of the estate.
   d. ☐ has a guardian or conservator of the estate, but the guardian or conservator is inadequate to represent the person's interest and appointment of a guardian ad litem is expedient.

Electronically Received 08/21/2025 04:38 PM

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-011/FL-936 [New January 1, 2024]

**ORDER APPOINTING GUARDIAN AD LITEM—
CIVIL AND FAMILY LAW**

Code of Civil Procedure, § 372 et seq.;
Family Code, §§ 6229, 7635
www.courts.ca.gov

CEB Essential
ceb.com Forms

McGrew- 17073

CIV-011/FL-936

| PLAINTIFF/PETITIONER: Meriel Ameila McGrew, et al.<br>DEFENDANT/RESPONDENT: Amazon, et al.<br>OTHER PARENT/PARTY: | CASE NUMBER: |
|---|---|

**THE COURT ORDERS**

6.  *(Name):* Gina Boespflug
    is appointed guardian ad litem of *(name):* D█████ M█████

7.  The guardian ad litem ☐ is ☑ **is not** authorized to waive or disclaim any substantive rights of the represented party without further order of this court.

8.  The guardian ad litem must promptly report to the court any potential conflict of interest with the represented person that becomes an actual conflict, as well as any new potential or actual conflict of interest that arises during the course of the representation.

9.  ☐ Other *(specify):*

☐ Continued on Attachment 9.

10. Number of pages attached: _____

▶ _____
                    JUDICIAL OFFICER

☐ SIGNATURE FOLLOWS LAST ATTACHMENT  **Karin Schwartz / Judge**

**ORDER APPOINTING GUARDIAN AD LITEM—
CIVIL AND FAMILY LAW**

CEB Essential
ceb.com Forms

McGrew- 17073